```
UNITED STATES DISTRICT COURT                USDC SDNY
SOUTHERN DISTRICT OF NEW YORK               DOCUMENT ELECTRONICALLY
                                            FILED
                                            DOC#: _____
------------------------------------------x DATE FILED: 1/23/19
ALEXIS OLIVERAS,                          :
                                          :
                          Plaintiff,      :
        -against-                         :   1:18-cv-03335 (ALC)
                                          :
                                          :
                                          :   **ORDER**
JOHN DANNA & SONS, INC. ET AL,            :
                                          :
                          Defendants.     :
                                          :
------------------------------------------x
```

**ANDREW L. CARTER, JR., United States District Judge:**

The Court has reviewed the settlement agreement, as well as the accompanying fairness motion, as required by *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). ECF No. 23. The Court finds it to be fair and reasonable, and approves the settlement. Accordingly, this matter is hereby discontinued with prejudice and without costs or fees as to any party.

**SO ORDERED.**

Dated: January 23, 2019
       New York, New York

                                    _____
                                    **ANDREW L. CARTER, JR.**
                                    **United States District Judge**

1